IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MICHAEL J. BERNIER, KEVIN L. CLARK, MICHAEL J. DEMELIS, JAY JAY JULATON-JENNINGS, EDWARD A. KERRICK, SR., RODNEY A. MILES, JOHNATHAN H. PLAIR, OLLICE PRICE, III, ADAM S. ROTH, WILLIAM E. SCRIBER, and BRIAN D. TESSNEER, | ) |
| Plaintiffs, | ) |
| v. | ) No. 08-545C |
| | ) (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Elizabeth A. Speck, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Elizabeth A. Speck
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12140
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Elizabeth A. Speck
ELIZABETH A. SPECK
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0369
Facsimile: (202) 307-0972
E-mail: Elizabeth.Speck@usdoj.gov

Dated: August 25, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 25th day of August, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Elizabeth A. Speck