**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MICHAEL J. BERNIER, KEVIN L. CLARK, MICHAEL J. DEMELIS, JAY JAY JULATON-JENNINGS, EDWARD A. KERRICK, SR., RODNEY A. MILES, JOHNATHAN H. PLAIR, OLLICE PRICE, III, ADAM S. ROTH, WILLIAM E. SCRIBER, and BRIAN D. TESSNEER, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 08-545C<br>(Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, Defendant, the United States, respectfully requests a 60-day enlargement of time within which to respond to the plaintiff's complaint. The United States' response is currently due on September 29, 2008. The extension would bring the date for responding to the complaint to November 28, 2008. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiffs indicated on September 2, 2008 that the plaintiffs do not oppose this motion.

Defendant has sent to the Department of Commerce ("Commerce") a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. Due to Commerce counsel's current workload and the number of plaintiffs involved in this action, additional time is needed for agency counsel to gather and review any information necessary for preparation of Commerce's litigation report and suggested response to the complaint. Once the information gathering process is complete, Commerce will require time

to prepare and deliver the requested litigation report. Once the litigation report is received, defendant's counsel will need sufficient time to review the litigation report, obtain any additional information or clarification from the agency, and prepare and file the Government's response to the complaint, following supervisory review.

For these reasons, the defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time of 60 days, to and including November 28, 2008, within which to respond to plaintiffs' complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

/s/ Elizabeth A. Speck
ELIZABETH A. SPECK
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

Attorneys for Defendant

September 2, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 2nd day of September, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Elizabeth A. Speck